**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3037-18T1

WILIMINGTON SAVINGS FUND
SOCIETY, FSB, d/b/a CHRISTIANA
TRUST, not individually but as
Trustee for PRETIUM MORTGAGE
ACQUISITION TRUST,

     Plaintiff-Respondent,

v.

DAVID N. KLEIN and HINDY
KLEIN, husband and wife,

     Defendants-Appellants,

and

WELLS FARGO BANK, N.A.,

     Defendant.

_____

Submitted December 16, 2020 – Decided December 20, 2019

Before Judges Sabatino and Natali.

On appeal from the Superior Court of New Jersey, Chancery Division, Ocean County, Docket No. F-004665-17.

David N. Klein, appellant pro se.

Pluese Becker & Slatzman, LLC, attorneys for respondent (Stuart H. West, on the brief).

PER CURIAM

The court is advised that the matter has been amicably resolved, and the parties have stipulated to the dismissal of the appeal, and therefore the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3037-18T1